## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

AUNYSTI BANKS, A Minor,
By her Guardian of the Estate
Citizens Bank of Batesville,
Arkansas

and

ARKANSAS DEPARTMENT OF HEALTH
AND HUMAN SERVICES,                                        PLAINTIFFS

      v.                    No. 4:06-CV-0322

HAROLD B. COLLINS, M.D. and
AMY CATHERINE EBLE, M.D.
F/K/A AMY WEIDOWER-LAMB, M.D.
F/K/A AMY WEIDOWER, M.D.                                   DEFENDANTS

v.

EDWANNA BANKS AND CHARLES BANKS, JR.       THIRD-PARTY DEFENDANTS

## REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS

Comes defendant Amy Catherine Eble, M.D., and for her reply brief in support of motion to dismiss, states:

### I.  PLAINTIFFS' COMPLAINT SHOULD BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION.

In their response to motion to dismiss, plaintiffs do not dispute the following:

(1)  It is plaintiffs' burden to demonstrate by a preponderance of the evidence that Dr. Eble's domicile is not

Arkansas and to overcome the applicable presumptions. Sheehan
v. Dustafson, 967 F.2d 1214, 1215 (8th Cir. 1992).

(2)  A presumption exists that Dr. Eble is a citizen of
Arkansas and that she is simply a temporary resident of Texas
for the duration and for the purpose of her husband's
educational endeavor. Holmes v. Sopuch, 639 F.2d 431, 434 (8th
Cir. 1981); James W. Moore, Moore's Federal Practice § 102.37
[6], at 102-92 (3d ed. 2005).

(3)  The factors indicating a change in domicile are (a)
physical presence in a state and (b) the intent to remain
indefinitely.  Altimore v. Mount Mercy College, 420 F.3d 763,
768 (8th Cir. 2005).

(4)  The essential issue is whether plaintiffs can prove
Dr. Eble intended to remain in Texas indefinitely, thus
establishing a Texas domicile.

To bear their burden of proving diversity and overcoming
the applicable presumptions, plaintiffs produced only limited
information in their responses to the motion to dismiss, none of
which is adequate to meet their burden of proving Dr. Eble
intended to remain in Texas indefinitely.  For example,
plaintiffs erroneously contend Dr. Eble's obtaining a Texas
driver's license and registering her vehicle in Texas overcome
the presumption that Dr. Eble remained a citizen of Arkansas.

To the contrary, Dr. Eble was simply complying with Texas law, which explains that

> [a] person who enters [Texas] as a new resident may operate a motor vehicle in this state for no more than thirty (30) days after the date on which the person enters this state if the person:
>
> (1)   is 16 years of age or older; and
>
> (2)   has in the person's possession a driver's license issued to the person by the person's state or country of previous residence.

Tex. Transp. Code Ann. § 521.029. For a new resident to obtain a Texas driver's license, she must have first registered her motor vehicle in Texas. Tex. Transp. Code Ann. § 521.144(a)(1).

Dr. Eble does not deny that she temporarily resides in Texas for a period of three years which began in 2003. If she had not obtained a Texas driver's license and registered her vehicle in Texas, she would have been in violation of Texas law. That she complied with Texas law proves nothing about whether she intended to remain in Texas indefinitely.

That Dr. Eble registered to vote in Texas does not provide sufficient evidence for plaintiffs to meet their burden of proving Dr. Eble intended to remain in Texas indefinitely or of overcoming the presumption that Arkansas remained her domicile. Although voter registration is one of the many factors involved in determining domicile, voter registration and

actual voting are different things. <u>Boston Safe Dep. & Trust Co. v. Morse</u>, 779 F. Supp. 347, 349 (S.D.N.Y. 1991). Where the party asserting diversity fails to show an existing pattern of voting practices, little weight should be given to voter registration. <u>Id.</u> Here, plaintiffs have introduced no evidence of Dr. Eble's voting practices in Texas.

Finally, Dr. Eble's previous testimony that she has a Texas address and that she is an assistant professor at Baylor College of Medicine is of little significance. Dr. Eble does not deny that her address at the time the complaint was served was in Texas or that she was employed at the Baylor College of Medicine. However, as she highlighted in her brief in support of motion to dismiss, she never intended to remain in Texas for more than three years. Therefore, Dr. Eble's address and place of employment provide little support to plaintiffs' contention that Dr. Eble intended to remain in Texas indefinitely.

In continued support of her motion to dismiss, Dr. Eble has attached a supplemental affidavit as Exhibit "A" to this brief demonstrating the following:

(1) She has retained her license with the Arkansas Medical Board while in Texas. Dr. Eble Aff. Ex. 1;

(2) She purchased property in Pulaski County, Arkansas pursuant to a May 18, 2005, contract. <u>Id.</u> Ex. 2;

(3)   She has been issued a 2006 real estate tax statement on the property she purchased for the construction of her home.  Id. Ex. 3;

(4)   She has maintained an Arkansas bank account with First Arkansas Bank & Trust while she is in Texas. Id. Exs. 4, 5;

(5)   Her husband, Brian Eble, accepted a post-doctoral fellowship in pediatric cardiology in Texas beginning in 2003.  Id. Ex. 6;

(6)   She has maintained her membership in the Arkansas Medical Society while in Texas.  Id. Ex. 7; and

(7)   She obtained a three-year adjustable rate mortgage for the purchase of her family's home in Texas. Id. Ex. 8.

Also attached is an affidavit from Dr. Keitha Holland in which Dr. Holland states that Dr. Eble told her before moving to Texas that she intended to reside in Texas for the duration of her husband's medical training and to return to Arkansas upon completion of his training.  Exhibit "B."

In light of the evidence before the Court, plaintiffs have not met their burden of proving Dr. Eble changed her domicile from Arkansas to Texas and have not overcome the presumption that Dr. Eble remained a citizen of Arkansas during her family's educational endeavor.  Consequently, the Court

should dismiss plaintiffs' complaint for lack of subject matter jurisdiction.

## II.   THE DISMISSAL SHOULD BE WITH PREJUDICE.

Plaintiffs erroneously contend dismissal in this case should be without prejudice. Plaintiffs non-suited their first complaint in this matter on March 14, 2005, in state court. Exhibit "C." They re-filed their suit in federal court on March 10, 2006, based on Ark. Code Ann. § 16-56-126, which allows a plaintiff one year in which to re-file a complaint after taking a non-suit.

Where a party non-suits his case, re-files it, and then has the case dismissed for lack of jurisdiction, the case should be dismissed with prejudice. Smith v. Sidney Moncrief Pontiac, Buick, GMC Co., 353 Ark. 701, 711-12, 120 S.W.3d 525, 531 (2003). Such is the case here. Plaintiffs previously non-suited their case, they re-filed it, and the case should now be dismissed for lack of jurisdiction. Therefore, the dismissal should be with prejudice.

The cases on which plaintiffs rely are inapposite. Figg v. Russell, 433 F.3d 593, 599 (8th Cir. 2006), involved a § 1983 claim and concomitant state law claims. The district court exercised supplemental jurisdiction over the state claims and dismissed them with prejudice. Id. The Eighth Circuit concluded the dismissal should have been without prejudice. Id.

_Figg_ is inapplicable. Unlike _Figg_, plaintiffs have not included a federal claim in their complaint. Instead, they elected to re-file their complaint, which includes only state law claims, in federal court. By seeking a dismissal without prejudice, plaintiffs attempt to avoid the statute of limitations that has long since passed. Furthermore, the result of dismissing this case without prejudice would subvert § 16-56-126 by giving plaintiffs not one chance to re-file their suit, but two, and requiring defendants against whom the statute of limitations has expired to wait for extended periods of time far beyond that envisioned by § 16-56-126 to learn whether plaintiffs can or intend to pursue their suit.

Plaintiffs' reliance on Federal Rule of Civil Procedure 41(b) is equally misplaced. That rule explains that a motion to dismiss for lack of jurisdiction should be without prejudice unless the court specifies otherwise in the order. Consequently, Rule 41(b) does not prevent the Court from entering an order of dismissal with prejudice. To the contrary, the plain text envisions the Court's entering orders of dismissal with prejudice. For the foregoing reasons, plaintiffs' case should be dismissed with prejudice.

Respectfully submitted,

Mariam T. Hopkins, Bar No. 88109
E-mail: hopkins@amhfirm.net
/s/ Brett D. Watson, Bar No. 2002182
E-mail: watson@amhfirm.net
ANDERSON, MURPHY & HOPKINS, L.L.P.
400 West Capitol Avenue, Suite 2470
Little Rock, Arkansas  72201
(501)372-1887

Attorneys for defendant
Dr. Amy Catherine Eble

## Certificate of Service

I hereby certify that on May 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends notification to the following:

- **James Edward Brader, Jr.**
  james.brader@arkansas.gov;  lori.mcdonald@arkansas.gov

- **Ralph M. Cloar, Jr.**
  Rmcatt@aol.com;  Rmclcoop@aol.com

- **Richard B. Dahlgren**
  richard.dahlgren@arkansas.gov;  lori.mcdonald@arkansas.gov

- **Christian C. Mester**
  cmester@medlawlegalteam.com;  ab@medlawlegalteam.com

- **Laura Hensley Smith**
  Smith@fec.net;  resi@fec.net

- **Kenneth M. Suggs**
  ksuggs@medlawlegalteam.com

I hereby certify that I mailed the document by United States Postal Service to the following non CM/ECF participants:

**Maria H. Dawson**
Janet, Jenner & Suggs, LLC - Baltimore
Woodholme Center
1829 Reisterstown Road
Suite 320
Baltimore, MD 21208

Mariam T. Hopkins, Bar No. 88109
E-mail: hopkins@amhfirm.net
/s/ Brett D. Watson, Bar No. 2002182
E-mail: watson@amhfirm.net
ANDERSON, MURPHY & HOPKINS, L.L.P.
400 West Capitol Avenue, Suite 2470
Little Rock, Arkansas  72201
(501)372-1887

Attorneys for defendant
Dr. Amy Catherine Eble

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

AUNYSTI BANKS, A Minor,
By her Guardian of the Estate
Citizens Bank of Batesville,
Arkansas

and

ARKANSAS DEPARTMENT OF HEALTH
AND HUMAN SERVICES,                                    PLAINTIFFS

     v.                    No. 4:06-CV-0322

HAROLD B. COLLINS, M.D. and
AMY CATHERINE EBLE, M.D.
F/K/A AMY WEIDOWER-LAMB, M.D.
F/K/A AMY WEIDOWER, M.D.        DEFENDANTS / THIRD-PARTY PLAINTIFFS

     v.

EDWANNA BANKS AND CHARLES BANKS, JR.        THIRD-PARTY DEFENDANTS

## AFFIDAVIT OF AMY CATHERINE EBLE, M.D.

Comes defendant Amy Catherine Eble, M.D., who having been duly sworn, states under oath as follows:

### 1.

My name is Amy Catherine Eble.

### 2.

Exhibit No. 1 to this affidavit is a copy of my State of Arkansas Medical Board license indicating that it was issued February 4, 2000, and remains in effect.



EXHIBIT

A

**3.**

Exhibit No. 2 to this affidavit is a copy of the sales contract dated May 18, 2005, for the purchase of property in Pulaski County, Arkansas.   Confidential information such as the purchase price has been redacted.

**4.**

Exhibit No. 3 to this affidavit is a copy of my 2006 real estate tax statement from Pulaski County, Arkansas. Confidential information has been redacted.

**5.**

Exhibit No. 4 to this affidavit is a copy of my bank statement of May 27, 2003, from First Arkansas Bank & Trust. Exhibit No. 5 to this affidavit is a copy of my April 7, 2006, bank statement from First Arkansas Bank & Trust.   Confidential information such as the account number and balance has been redacted.   The statements are for the same account which I have kept since moving to Texas.

**6.**

Exhibit No. 6 to this affidavit is a copy of a letter from Texas Children's Hospital indicating my husband's acceptance of a fellowship at Baylor College of Medicine/Texas Children's Hospital.

2

**7.**

Exhibit No. 7 to this affidavit is documentation from the Arkansas Medical Society indicating that I have been a member from 1997 through the present.

**8.**

Exhibit No. 8 to this affidavit is documentation from the mortgage company handling the loan on my Texas home showing the loan is a three year adjustable rate mortgage.  Confidential information has been redacted.

Further, the affiant sayeth not.

SO SWORN this ___10___ day of May, 2006.

_____
AMY CATHERINE EBLE, M.D.

STATE OF _Texas_ )
                        ) ss.
COUNTY OF _Harris_ )

SUBSCRIBED AND SWORN to before me, a notary public, on this _10th_ day of May, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 08-11-2009

(SEAL)

3

**State of Arkansas**
MEDICAL BOARD
2100 Riverfront Drive
Little Rock, AR 72202

Registration Year:  2005                    Active/Unlimited

No.:  E-2453        Issued:  2/4/2000        Expires: 6/30/2006

Amy C. Wiedower Eble, M.D.
6550 Fannin
Suite 901
Houston, TX 77030

This is to certify that the above person has paid the license registration fee for the year indicated.

---

Please notify this office of address or name changes in writing. Future renewal
applications will be mailed to the name and address listed below unless otherwise notified.
THIS IS YOUR POCKET REGISTRATION CARD
TO BE CARRIED WITH YOU

Fold Here

**State of Arkansas**
MEDICAL BOARD
2100 Riverfront Drive
Little Rock, AR 72202

Registration Year: 2005                    Active/Unlimited

No.: E-2453        Issued: 2/4/2000        Expires: 6/30/2006

Amy C. Wiedower Eble, M.D.
6550 Fannin
Suite 901
Houston, TX 77030

This is to certify that the above person has paid
the license registration fee for the year indicated.

---

**EXHIBIT**

**1**

# Deauville Place

## SALES CONTRACT

This Agreement made and entered into this 18th day of May, 2005, between Deltic Timber Corporation, a Delaware corporation ("Deltic" or "Seller"), 7 Chenal Club Blvd., Little Rock, AR 72223 and *Amy Eble Whedonier* ("Buyer") of *3027 Aspen Lane, Manvel, TX 77578*.

### WITNESSETH:

1.  Buyer offers to buy, subject to the terms set forth, the following property:

    Lot **2** Block **85** of Chenal Valley (Deauville Place), an Addition to the City of Little Rock, Pulaski County, Arkansas.

2.  Purchase Price. The Buyer will pay $ ▓▓▓▓▓▓▓ for the property. Said amount will be payable in accordance with the Purchase Terms indicated below.

3.  Earnest Money. Buyer herewith tenders a check in the amount of Two Thousand Five Hundred Dollars ($2,500.00) to be deposited upon acceptance as Earnest Money, which shall apply to the purchase price. If title requirements are not fulfilled, the Earnest Money shall promptly be refunded to Buyer. If Buyer fails to fulfill his obligations, the Earnest Money shall become liquidated damages, and Buyer agrees that such amount is reasonable and not a penalty. THE FACT THAT LIQUIDATED DAMAGES ARE AVAILABLE SHALL NOT PRECLUDE SELLER OR AGENT FROM ASSERTING OTHER LEGAL OR EQUITABLE RIGHTS.

4.  Purchase Terms. ~~$2,500.00~~ earnest money. ~~Buyer is obligated to pay balance of~~ at ~~purchase price at later than June 15, 2005.~~ If closing occurs after 90 days, Buyer will be obligated for interest at the rate of 8% per annum (or the maximum allowed under Arkansas law, whichever is less), beginning with the 91st day from the contract date to the actual date of closing. Buyer understands that no title (neither legal or equitable) shall pass until the purchase price is paid in full. In any event, should Buyer fail to close the purchase of the property ~~required by June 15, 2005,~~ Seller may terminate this Contract by delivery of notice to Buyer at the address listed above and Buyer's earnest money shall be forfeited to Seller as liquidated damages.

5.  Conveyance. Conveyance shall be made to Buyer or as directed by Buyer at closing by SPECIAL WARRANTY DEED free from monetary liens and encumbrances, except it shall be

1

EXHIBIT
2

subject to any Permitted Exceptions as that term is defined in Paragraph 6 below.

6. **Title Insurance.** Deltic shall furnish, at Deltic's cost, a policy of Owner's Title Insurance on ALTA Form B subject to the Standard Policy Exceptions in the amount of the purchase price. Such Policy shall insure a merchantable title to Buyer. "Permitted Exceptions" shall include, reservations, easements, mineral deeds, rights-of-way and other restrictions of record.

7. **Taxes.** Taxes and special assessments due on or before closing shall be paid by Deltic. Current general taxes and special assessments shall be prorated as of closing unless otherwise specified.

8. **Closing.** Closing shall occur on or before ___NOV 18, 2005___ Sellers closing shall occur at Lenders Title Company, Little Rock, Arkansas. Buyers closing shall occur at _____ _____, or at Lenders Title Company if not specified by Buyer.

9. **Financing.** If Buyer is obtaining financing, loan application must be made within (3) business days of acceptance of this offer, or within an adequate time frame to allow closing by agreed closing date specified in Section 8. Buyer's inability to obtain financing in a timely manner will not act to extend the closing date or entitle Buyer to a refund of earnest money.

10. **Possession.** Possession shall be delivered to Buyer upon closing.

11. **Covenants, Restrictions, Bill of Assurance, POAs and Plat.** This Agreement is subject to Buyer reading, understanding and agreeing to be bound by the following documents which will be provided by Seller at least 10 days prior to closing:

    A.      Declaration of Covenants and Restrictions of Chenal Valley;

    B.      Bill of Assurance for Deauville Place,

    C.      Articles of Incorporation and By-Laws of Chenal Valley Property Owners' Association, Inc.;

    D.      Articles of Incorporation and By-Laws of Deauville Place Property Owners' Association, Inc.;

    E.      Copy of Plat of Chenal Valley Block 85, 86, 87 and 88 (Deauville Place), an addition to the City of Little Rock, Arkansas; and

    F.      Chenal Valley Design Guidelines.

If within ten (10) days of receipt of these documents, Buyer advises Seller in writing delivered

c:\my\Geo\deauvill\contract.wpd           2

to Seller's address that any one of documents (a) through (f) above are unacceptable, Buyer's Earnest Money deposit shall be promptly refunded.

12. **Closing Costs.** Buyer and Seller shall pay their normal closing and recording fees. Each Party shall bear its own attorney's fees, where applicable.

13. **Assignment.** Buyer's interest in this Agreement is personal and shall not be assigned without the prior written consent of the Seller.

14. **Improvement District.** The property described herein is subject to the liens of Property Owners Improvement District No. 9 of Pulaski County, Arkansas. Buyer agrees to assume the responsibility for payment of all assessments levied by each District attributable to the property for all periods subsequent to closing. ~~$~~ *for special improvements per year*

15. **Cable Television & Telephone.** The installation of cable television and telephone lines and equipment is outside the control of the Seller.

16. **Agency Representation.** The real estate agent below represents the Sellers of the real property. A real estate agent who enters into an agreement to sell property for an owner is known as the "Agent for the Seller." The Agent for the Seller can assist the Buyer in a real estate transaction without representing the Buyer.

17. **Expiration of Agreement.** This Agreement shall expire unless written acceptance is received by listing agent before 5:00 p.m. on *May 18, 2005*

**THIS IS A LEGALLY BINDING CONTRACT WHEN SIGNED BY BOTH BUYER AND SELLER. IF NOT UNDERSTOOD, SEEK LEGAL ADVICE.**

CHENAL PROPERTIES, INC.

_____
Selling Agent

_____
Selling Broker

_____  (Amy Wiedower Eble)
Buyer

_____
Buyer

The above offer is accepted on this 18th day of May _____ 2005.

**CHENAL PROPERTIES, INC. (Broker)**

_____

Listing Associate

_____

Listing Broker

**DELTIC TIMBER CORPORATION**

By: _____

Jack R. McCray
Real Estate Manager

c:\cry\Davidson\Williamsbruct.wpd                    4



WHITE-DATERS & ASSOCIATES, INC.
CIVIL ENGINEERING, LAND PLANNING & DEVELOPMENT, SURVEYING
24 RAHLING CIRCLE   LITTLE ROCK, ARKANSAS 72223

72.55

15.00

21.25'

142.00'

117.96'

25' B.L.

EASEMENT

115.44'

DEAUVILLE CIRCLE (50')

LOT 2, BLOCK 85
SCALE 1"=20'



# Pulaski County

**TAX COLLECTION DIVISION**
TELEPHONE: (501) 340-6040
Fax: (501) 340-6077
www.co.pulaski.ar.us
email: treasurer@co.pulaski.ar.us

Debra Buckner
Treasurer

**REMIT TO:** P.O. Box 430
Little Rock, AR 72203

TO PAY ON-LINE GO TO:
http://pulaskicountytreasurer.net

EBLE AMY WIEDOWER
3027 ASPEN LN
MANVEL TX, TX   77578

Date Printed       03/31/2006

### REAL ESTATE TAX STATEMENT

| Bill # | Yr | Values | Taxes | HRAC | Cost | Penalty | Interest | Specials |
|--------|----|--------|-------|------|------|---------|----------|----------|
| 312665 | 05 | 50 | 3.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Account #                School: 003    Millage Rate:  .0633    Tax Rate: 1.27%
Acreage: 0.000
Legal LOT 2 BLOCK 85 CHENAL VALLEY

| | |
|---|---|
| General Taxes Due | 3.17 |
| Net Assessor Adj. | |
| 2005 Tax Credit | 0.00 |
| SUBTOTAL | |
| 07010 CHENAL VALLEY MUN PO #9 | 0.00 |
| Payments Received | 0.00 |
| Current Amount Due | |
| Delinquent Amount Due | 0.00 |
| Delinquent Specials / Liens | 0.00 |
| **Total Amount Due** | |

AMENDED TAX BILL

### 2005 Tax Breakdown

| ENTITY | MILLS | TAX | ENTITY | MILLS | TAX |
|--------|-------|-----|--------|-------|-----|
| COUNTY GENERAL FUND | 0.050000 | 0.25 | CHILDRENS HOSPITAL | 0.006000 | 0.03 |
| COUNTY ROAD FUND | 0.014500 | 0.07 | LITTLE ROCK GENERAL | 0.050000 | 0.25 |
| LITTLE ROCK BOND AND | 0.033000 | 0.17 | LITTLE ROCK LIBRARY | 0.028000 | 0.14 |
| LITTLE ROCK POLICE P | 0.010000 | 0.05 | LITTLE ROCK FIREMENS | 0.050000 | 0.06 |
| PUL CO SPCL SCHOOL D | 0.407000 | 2.04 | LITTLE ROCK ROAD FUN | 0.014500 | 0.07 |
| LITTLE ROCK CAPITAL | 0.010000 | 0.05 | | | |

**TAXES ARE DUE NOW**
Penalties and costs can be avoided with payment in full by October 10, 2006.

ADMINISTRATION BUILDING • 201 South Broadway, Suite 150 • Little Rock, Arkansas 72201

**EXHIBIT**

**3**



```
***************ALL FOR AADC 720
472 0.9380 AB 0.301      10 3 77
AMY WIEDOWER  MD
OR DONNA WIEDOWER
P O BOX 7                              Date   5/27/03      Page    1
GUY AR 72061-0007                      Account Number
                                       CIF Number
     72061000707                       Enclosures              10
```

#### ---- CHECKING ACCOUNTS ----

WITH OUR NEW INTERNET BANKING SERVICE- CONVENIENCE IS JUST A
CLICK AWAY AT www.tccbonline.com OR CALL PHONELINK-OUR 24
HOUR TELEPHONE BANKING SERVICE @ 362-4582 OR 1-866-362-4582

```
PREMIER CHECKING                      Number of Enclosures           10
Account Number                        Statement Dates  4/28/03 thru 5/27/03
Previous Balance                      Days in the Statement Period   30
   1   Deposits/Credits               Avg Ledger Balance
   9   Checks/Debits                  Avg Collected Balance
Service Charge              .00       Interest Earned
Interest Paid              2.64       Annual Percentage Yield Earned 0.40%
Ending Balance                        2003 Interest Paid
```



------------------------------------------------------------------------

#### DEPOSITS AND ADDITIONS

```
5/12    DDA REGULAR DEPOSIT                                         *
5/27    INTEREST PAID   30 DAYS                                    IE
```



------------------------------------------------------------------------

#### CHECKS IN SERIAL NUMBER ORDER

```
DATE....CHECK NO...............AMOUNT    DATE....CHECK NO.............AMOUNT
4/29      1089                           5/22      1097
5/05      1093*                          5/16      1098
5/07      1094                           5/23      1099
5/05      1095                           5/23      1100
5/08      1096
* Indicates a Skip in Check Number
```



------------------------------------------------------------------------

#### DAILY BALANCE INFORMATION

```
4/28                      5/08                      5/23
4/29                      5/12                      5/27
5/05                      5/16
5/07                      5/22
```

------------------------------------------------------------------------

EXHIBIT

4

tabbies



```
*************ALL FOR AADC 720
472 0.9380 AB 0.301      10 3 77
AMY WIEDOWER  MD
OR DONNA WIEDOWER
P O BOX 7
GUY AR 72061-0007
```

| | |
|---|---|
| Date | 5/27/03 |
| Account Number | |
| CIF Number | |
| Enclosures | 10 |

Page   2

```
72061000707
```

PREMIER CHECKING                    ~~━━━━━~~ (Continued)

INTEREST RATE SUMMARY

```
              DATE.............INTEREST RATE
              4/27              .40%
```

```
        * * *   E N D   O F   S T A T E M E N T   * * *
```



# First Arkansas
# Bank & Trust Member FDIC

P.O. Box 1560
806 West Main, Heber Springs, Arkansas 72543
**(501) 362-2456**

**24-Hour Account Information Line 1-866-362-4582 - Visit our web site at www.FirstArkansasBank.com**

```
••••••••••••••••••ADTOCR***B001
5690 6.8120 AC 0.290      33 1 7
AMY WIDOWER  MD
CM DONNA WIDOWER
P.O.BOX 7
GUY AR 72061-0007
```

| | |
|---|---|
| Date | 4/07/06 |
| Account Number | |
| CIF Number | |
| Enclosures | |

Page  1

---- CHECKING ACCOUNTS ----

Be very cautious with your personal information. Be advised
we will not call or email regarding your personal info. We
desire to safeguard &protect your identity & confidentiality

| | | | | |
|---|---|---|---|---|
| First Free Checking | | Number of Enclosures | | 0 |
| Account Number | | Statement Dates  3/28/06 thru | | 4/09/06 |
| Previous Balance | | Days in the Statement Period | | 13 |
| Deposits/Credits | .00 | Avg Ledger Balance | | |
| Checks/Debits | .00 | Avg Collected Balance | | |
| Service Charge | .00 | | | |
| Interest Paid | .00 | | | |
| Ending Balance | | | | |

DAILY BALANCE INFORMATION

3/28        371.00

*** END OF STATEMENT ***

---

**EXHIBIT**

tabbies®

**5**





**Texas Children's Hospital**

Pediatric Cardiology
MC19345-C
6621 Fannin
Houston, Texas 77030

Day (832) 826-5600 • Night (832) 824-2099
Appointments 1-800-80-HEART
FAX: (832) 825-5630

www.http://www.bcm.tmc.edu/pedi/cardio/

**BAYLOR COLLEGE OF MEDICINE**

The Lillie Frank Abercrombie
Section of Cardiology
Department of Pediatrics

J. Timothy Bricker, M.D., Chief of Cardiology
Jeffrey A. Towbin, M.D., Associate Chief

Carolyn A. Altman, M.D
Nancy A. Ayres, M.D.
Antonio Baldini, M.D.
Louis I. Bezold, M.D.
Neil E. Bowles, Ph.D.
Anthony C. Chang, M.D., M.B.A.
Susan W. Denfield, M.D.
W. Jeffrey Dreyer, M.D.
Benjamin W. Eidem, M.D.
Howaida G. El-Said, M.D., Ph.D.
Arnold L. Fenrich, Jr., M.D.
Richard A. Friedman, M.D.
Arthur Garson, Jr. M.D., M.F.H
Ronald G. Grifka, M.D.
Mary M. Hamra, Ph.D.

Naomi J. Kertesz, M.D.
John P. Kovalchin, M.D.
Grace C. Kung, M.D.
Elizabeth Lindsey, Ph.D.
Antonio R. Mott, M.D.
Charles E. Mullins, M.D
Michael R. Nihill, M.D.
Jack F. Price, M.D.
Ricardo H. Pignatelli, M.D.
Shannon M. Rhones, M.D.
David W. Sapire, M.D.
Thomas A. Vargo, M.D.
Matteo Vatta, Ph.D.
G. Wesley Vick III, M.D., Ph.D.
Julie A. Vincent, M.D.

June 12, 2002

Brian Eble, MD
2300 Rebsamen Park Road, Apt C211
Little Rock, AR 72202

Dear Brian,

Let us express our enthusiasm and pleasure that you will be joining us as a first-year postdoctoral fellow in Pediatric Cardiology starting in July, 2003. We are truly looking forward to having you as a member of our program.

Please sign, date, and return this letter to confirm your acceptance of the fellowship position. Let us know if we can be of any assistance to your during the remainder of your pediatric training.

Sincerely,

J. Timothy Bricker, MD
Chief, Pediatric Cardiology Section
Baylor College of Medicine
Texas Children's Hospital

Thomas A. Vargo, MD
Director, Fellowship Program
Pediatric Cardiology Section
Texas Children's Hospital

---

I confirm that I have accepted a fellowship position starting July, 2003 in the Pediatric Cardiology Fellowship Program at Baylor College of Medicine/TX Children's Hospital.

Brian Eble, MD(date) 6/26/02

---

**EXHIBIT**

**6**

 **ARKANSAS   MEDICAL   SOCIETY**

P.O. Box 55088  ·  Little Rock, AR  ·  72215-5088
Telephone (501) 224-8967 · WATS 1-800-542-1058 · FAX (501) 224-6489 · E-MAIL ams@arkmed.org · WEB PAGE www.arkmed.org

May 1, 2006

Amy C. Wiedower, MD
Fax 281-489-2969

RE:  Amy C. Wiedower, MD

Our records indicate that Dr. Amy C. Wiedower is a current member in good standing of the
Arkansas Medical Society through 2006.  Dr. Wiedower has been a member of the Arkansas
Medical Society from September , 1997 thru 2002 in our Medical Student and Residency
program and then September 2002 – current.

If you have any questions, please contact me.

Sincerely,

Teresa Newcomb
Bookkeeper/Membership

EXHIBIT

7



**citimortgage**

Page 1 of 3

## MORTGAGE ACCOUNT STATEMENT

### Account Information

Statement Date:   05/01/06
Property Address  3027 ASPEN LANE
                  MANVEL TX 77578

ACCOUNT NUMBER

| | |
|---|---|
| Type of Mortgage | 3/1 ARM |
| Principal Balance | |
| Interest Rate | 3.37500% |
| Escrow Balance | |
| Interest Year To Date | |
| Taxes Paid Year To Date | .00 |


Take command of your mortgage - Visit today!
**www.citimortgage.com**


Customer Service **1-866-427-6473***
*Calls are randomly monitored and recorded to ensure quality service.


Would you like an easier way to make your mortgage payment? **Sign up for E-Z Pay today.**

21351-0018359-004

AMY C EBLE
BRIAN EBLE
3027 ASPEN LN
MANVEL TX  77578-2931

### Account Activity

| | PAYMENTS RECEIVED | CURRENT PAYMENT DUE |
|---|---|---|
| | 4/28/06 | 6/01/06 |
| DATE | | |
| PRINCIPAL | | |
| INTEREST | | |
| ESCROW | | |
| ADDITIONAL PRINCIPAL | | |
| ADDITIONAL ESCROW | | |
| TOTAL AMOUNT | | |

ON 04/26/06,   $500.00 WAS CREDITED TO YOUR ESCROW ACCOUNT.

### Monthly Highlights

A member of **citigroup**

Get your new home mortgage with the **competitive rates**, wide array of **options, simplified process** and the **personalized, expert assistance** you've become used to with **CitiMortgage.** Call **1-800-MORTGAGE** or visit **www.citimortgage.com** today!

**Natural disasters are unpredictable, so be prepared.** Avoid future flood damage not covered by most homeowners policies. Citi Assurance Services, Inc., an affiliate of CitiMortgage, offers no-obligation flood insurance quotes. Call today - 800-594-7301*. In CA, Citi Assurance Services, Inc. does business as Citi Select Insurance Services, CA License #0010173

**When was the last time you checked your insurance coverage?** With CFIA, an affiliate of CitiMortgage, Inc., you can receive competitive rates and coverage for your homeowners, flood, liability, auto, boat and motorcycle insurance. For a free, no-obligation quote, call us today at 1-866-475-2451* (CA License #0431092).

**Want to save money on your mortgage?**
Go to **www.citimortgage.com/biweeklyadvantage** to learn how The BiWeekly Advantage℠ Plan could help you save thousands of dollars in interest and pay off your mortgage sooner!

671-2166-0206F  REG

▼                    **Detach and return the bottom portion with payment.** Retain the top portion for your records.                    ▼

EXHIBIT

8

tabbies®

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

AUNYST1 BANKS, A Minor,
By her Guardian of the Estate
Citizens Bank of Batesville,
Arkansas

and

ARKANSAS DEPARTMENT OF HEALTH
AND HUMAN SERVICES,                                    PLAINTIFFS

        v.            No. 4:06-CV-0322

HAROLD B. COLLINS, M.D. and
AMY CATHERINE EBLE, M.D.
F/K/A AMY WEIDOWER-LAMB, M.D.
F/K/A AMY WEIDOWER, M.D.                              DEFENDANTS

## AFFIDAVIT OF KEITHA HOLLAND, M.D.

Comes Keitha Holland, M.D., who having been duly sworn, states under oath as follows:

1.

My name is Keitha Holland.  My address is 525 Western Avenue, Conway, Arkansas 72034.

2.

I spoke with Dr. Amy Catherine Eble prior to her moving to Texas in 2003.  She stated to me it was her intent to reside in Texas for the duration of her husband's medical training and to return to Arkansas upon the completion of his training.



Further, the affiant sayeth not.

SO SWORN this __5th__ day of May, 2006.

_Keitha Holland_
KEITHA HOLLAND, M.D.

STATE OF ARKANSAS    )
                     )  ss.
COUNTY OF _Pulaski_  )

   SUBSCRIBED AND SWORN to before me, a notary public, on this __5th__ day of May, 2006.

_N. Suzanne Salling_
NOTARY PUBLIC

My Commission Expires:

__5-10-13__
(SEAL)

N. Suzanne Salling
County Of Pulaski
Notary Public - Arkansas
My Commission Exp. 05/10/2013

2

2005 **000415**

# IN THE CIRCUIT COURT OF WHITE COUNTY, ARKANSAS

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

AUNYSTI BANKS, a minor,                \*
by her parents and next friends
EDWANNA BANKS, and                       \*
CHARLES BANKS, JR.; EDWANNA
BANKS; and CHARLES BANKS, JR.    \*

    Plaintiffs                                      \*

    v.                                                    \*              LAW NO. 2003-865

HAROLD B. COLLINS, M.D.;               \*
KIMBERLEY J. FARMER, M.D.;
CULLEN DALE FULLER, M.D.;            \*
AMY WEIDOWER-LAMB, M.D.; and
CHRISTY WALKER, M.D.                     \*

    Defendants                                    \*

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

FILED
MAR 14 2005
TAMI KING
WHITE CO.
CIRCUIT CLERK

## <u>ORDER OF VOLUNTARY DISMISSAL (NON-SUIT) OF ALL CLAIMS WITHOUT PREJUDICE AS TO SEPARATE DEFENDANTS HAROLD COLLINS, M.D., CULLEN DALE FULLER, M.D., AMY CATHERINE EBLE F/K/A WEIDOWER-LAMB, M.D., CHRISTY WALKER, M.D., AND KIMBERLY J. FARMER, M.D.</u>

Now on this _14TH_ Day of _March_, 2005, comes on for consideration

Plaintiffs' Motion for Voluntary Dismissal (Non-Suit) of All Claims Without Prejudice against

Separate Defendants Harold Collins, M.D., Cullen Dale Fuller, M.D., Amy Catherine Eble f/k/a

Weidower-Lamb, M.D., Christy Walker, M.D., and Kimberly J. Farmer, M.D. From said Motion

and other matters appearing before the Court, the Court finds as follows:

    1.    That Plaintiffs desire to voluntarily dismiss (non-suit) all claims without prejudice

against Separate Defendants Harold Collins, M.D., Cullen Dale Fuller, M.D., Amy Catherine Eble

f/k/a Weidower-Lamb, M.D., Christy Walker, M.D., and Kimberly J. Farmer, M.D.

    2.    That Plaintiffs have not previously taken a non-suit of their claims against Separate

➤ )


EXHIBIT
C

Defendants Harold Collins, M.D., Cullen Dale Fuller, M.D., Amy Catherine Eble f/k/a Weidower-Lamb, M.D., Christy Walker, M.D., and Kimberly J. Farmer, M.D.

IT IS THEREFORE, BY THE COURT, CONSIDERED, ORDERED AND ADJUDGED that the Complaint of the Plaintiffs against Separate Defendants Harold Collins, M.D., Cullen Dale Fuller, M.D., Amy Catherine Eble f/k/a Weidower-Lamb, M.D., Christy Walker, M.D., and Kimberly J. Farmer, M.D., should be and the same is dismissed without prejudice to its being re-filed at a later date pursuant to Arkansas law, each party to bear their own costs herein expended.

The Honorable Bill Mills
Circuit Judge, Circuit Court for White County

cc:    J. Scott Davidson, Esquire
       Christian C. Mester, Esquire (By Application for Special Appearance)
       Laura Hensley Smith, Esquire
       Edwin L. Lowther, Jr., Esquire
       Mariam T. Hopkins, Esquire
       Phillip Malcom, Esquire