IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CITIZENS BANK OF BATESVILLE, ARKANSAS, ET AL.        PLAINTIFFS

v.                          No. 4:06CV00322 GH

HAROLD B. COLLINS, M.D., ET AL.                      DEFENDANTS

## JUDGMENT

In accordance with the separate order filed this date, this case is hereby dismissed without prejudice due to lack of subject matter jurisdiction.

DATED this 21st day of February, 2007.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE